IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHELBY LALIBERTE, | * |
| Plaintiff, | * |
| v. | Case No.  5:24-cv-00022-MTT |
| | * |
| DG DISTRIBUTION SOUTHEAST LLC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 2, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 2nd day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk